# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, U.S. Dept. of Labor v. PAPA BEAR OF AURORA, INC. d/b/a PAPA BEAR RESTAURANT, a corporation, and NICKOLAS ANDRIOPOULOS, an individual | FILED: APRIL 11, 2008<br>08CV2066          EDA<br>JUDGE ASPEN<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print)<br> William C. Posternack |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  William C. Posternack |
| FIRM<br> U.S. Department of Labor, Office of the Solicitor |
| STREET ADDRESS<br> 230 South Dearborn Street, Room 844 |
| CITY/STATE/ZIP<br> Chicago, Illinois  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 2239078 | TELEPHONE  NUMBER<br> (312) 353-6990 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |