**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, U.S. Dept. of Labor<br>v.<br>PAPA BEAR OF AURORA, INC. d/b/a PAPA BEAR RESTAURANT, a corporation, and NICKOLAS ANDRIOPOULOS, an individual | FILED: APRIL 11, 2008<br>08CV2066          EDA<br>JUDGE ASPEN<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| Emelda Medrano |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Emelda Medrano |

| FIRM |
|---|
| U.S. Department of Labor, Office of the Solicitor |

| STREET ADDRESS |
|---|
| 230 South Dearborn Street, Room 844 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6229838 | (312) 353-1169 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐