# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Elaine L. Chao

                         Plaintiff,

v.                                     Case No.: 1:08–cv–02066
                                     Honorable Marvin E. Aspen

Papa Bear of Aurora, Inc., et al.

                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 14, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/14/08:A Status hearing is set for 5/29/2008 at 10:30 AM., in Courtroom 2525. The plaintiff is to notify the defendant(s) of status date. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **_www.ilnd.uscourts.gov_**.