**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Elaine L. Chao
                                    Plaintiff,

v.                                                          Case No.: 1:08−cv−02066
                                                           Honorable Marvin E. Aspen

Papa Bear of Aurora, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 6/26/2008. Counsel for plaintiff appears. Defense counsel failed to appear. Per agreement of the parties, defendants are given an extension of time, up to and including 7/25/08, in which to file a responsive pleading to the complaint. Defendant is directed that for future motion requests, that a proper motion be noticed before the court for hearing. Defense counsel is directed to file an appearance. Status hearing is continued to 7/24/2008 at 10:30 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.