**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 2066 |
|---|---|

Chao v. Papa Bear of Aurora, Inc. d/b/a Papa Bear Restaurant, a corporation, and Nickolas Andriopoulos, an individual

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants

| | |
|---|---|
| NAME (Type or print) | |
| Deanne S. Medina | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Deanne S. Medina | |
| FIRM | |
| DoranMedina, LLC | |
| STREET ADDRESS | |
| 2625 Butterfield Rd., Ste. 138S | |
| CITY/STATE/ZIP | |
| Oak Brook, IL 60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6273485 | 630-368-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☒     APPOINTED COUNSEL ☐ | |