IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor,<br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**PAPA BEAR OF AURORA, INC. d/b/a PAPA BEAR RESTAURANT,** a corporation, and **NICKOLAS ANDRIOPOULOS, an individual,**<br>　　　　　　　　　　　Defendant. | Case No. 08 CV 2066<br><br>Judge Aspen<br><br>Magistrate Judge Keys |

**DEFENDANT PAPA BEAR RESTAURANT'S R. 7.1 DISCLOSURE AND
L.R. 3.2 NOTIFICATION AS TO AFFILIATES**

　　　　　Defendant Papa Bear of Aurora, Inc. d/b/a Papa Bear Restaurant by and through its attorneys, DoranMedina, LLC, hereby discloses that Papa Bear Restaurant is owned by Papa Bear of Aurora, Inc.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/Karen J. Doran　　　　　　,
　　　　　　　　　　　　　　　　　　　One of Defendants' Attorneys

**Proof of Service**

Karen J. Doran, an attorney, certifies that service of Defendant Papa Bear Restaurant's Rule 7.1 disclosure on Plaintiff's attorney, Emelda Medrano, U.S. Department of Labor, Office of the Solicitor, 230 S. Dearborn St., 8th Fl., Chicago, IL 60604, was accomplished pursuant to ECF on Friday, July 25, 2008.

　　　　　　　　　　　　　　　　　　　s/Karen J. Doran　　　　　　

Karen J. Doran
Atty No.  6282773
DoranMedina, LLC
2625 Butterfield Road, Suite 138S
Oak Brook, IL 60325
(630)368-0200 (p)
(630)368-0202 (f)
kdoran@doranmedina.com