**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Elaine L. Chao
                                        Plaintiff,

v.                                                              Case No.: 1:08−cv−02066
                                                                Honorable Marvin E. Aspen

Papa Bear of Aurora, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 8/21/2008, and continued to 9/18/2008 at 10:30 AM. Parties are to file with the court a joint discovery plan in advance of the status date, with a courtesy copy to Chambers, Room 2578. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.